[No. 32966-2-II. Division Two. October 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID HALL MAINS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00748-1, Richard A. Strophy, J., entered March 10, 2005. *Reversed* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 33103-9-II. Division Two. October 10, 2006.]

*In the Matter of the Marriage of* MARILYN J. RASMUSSEN, *Respondent,* and DONALD L. RASMUSSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-02961-0, Lisa R. Worswick, J., entered March 11, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33632-4-II. Division Two. October 10, 2006.]

*In the Matter of the Estate of* JACQUELINE M. LANDRY.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-4-01511-6, D. Gary Steiner, J., entered August 1, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 34209-0-II. Division Two. October 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. N.N., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 05-8-00263-8, Nelson E. Hunt, J., entered November 28, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.